FILED

UNITED STATES COURT OF APPEALS

JUN 15 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICKEY LEE BLACK,<br><br>              Petitioner - Appellant,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>              Respondent - Appellee. | No. 11-16148<br><br>D.C. No. 1:08-cv-01634-OWW-WMW<br>Eastern District of California,<br>Fresno<br><br>ORDER |

Before:   McKEOWN and CALLAHAN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions, if any, are denied as moot.